FILED

2003 OCT 20 A 10: 35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 302CV2086 (JCH) |
| v. | : |
| UNITED PARCEL SERVICE, INC., | : |
| Defendant. | : OCTOBER 17, 2003 |

### NOTICE OF FILING AMENDED COMPLAINT

The plaintiff gives notice of filing an Amended Complaint in accordance with the Court's order dated September 30, 2003, as described in its ruling on defendant's Motion to Dismiss.

RESPECTFULLY SUBMITTED
THE PLAINTIFF, AUDRIN DESARDOUIN

BY
Lorenzo J. Cicchiello
His Attorney
Fed. Juris # 09277
Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860.886.9300

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following counsel and pro se parties of record on October 17, 2003

Julie K. Glynn, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americans
New York, NY 10104

Barry Waters, Esq.
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Avenue
P.O. Box 704
New Haven, CT 06503-0704

Lorenzo J. Cicchiello, Esq.