UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 302CV2086 (JCH) |
| v. | : |
| UNITED PARCEL SERVICE, INC.,: | |
| | : October 15, 2003 |
| Defendant. | : |

## MOTION TO EXTEND TIME TO ANSWER AMENDED COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7(b), defendant United Parcel Service, Inc., hereby moves for an extension of time to respond to the plaintiff's amended complaint of twenty days from the expiration of the period in which plaintiff was granted leave to amend or from the filing of a second amended complaint. On January 2, 2003, defendant filed a motion under Fed. R. Civ. Pro. 12 seeking dismissal of counts one, three, and four of the complaint and seeking more definite statement of count two of the complaint. On April 3, 2003, this Court granted the motion for a more definite statement and ordered plaintiff to file an amended complaint. In compliance with that order, plaintiff filed an amended complaint, which restated count two but which did not otherwise address any of the issues raised by defendant's motion to dismiss. On April 25, 2003, this Court granted defendant an extension of time to respond to the amended complaint until twenty days after the Court issued an order resolving defendant's motion to dismiss. On September 30, 2003, this Court issued an order granting in part and denying in part defendant's motion to dismiss, giving plaintiff leave to replead if filed within twenty days.

ORAL ARGUMENT NOT REQUESTED

Defendant respectfully submits that the resources of the Court and the parties would be best served by allowing defendant to respond twenty days from the filing a second amended complaint or from the expiration of the period in which plaintiff was granted leave to replead. Accordingly, defendant requests that the Court grant this second motion for extension of time to respond to plaintiff's amended complaint.

The undersigned has contacted plaintiff's counsel, Lorenzo J. Cicchiello, and he does not oppose this request.

DEFENDANT - UNITED PARCEL SERVICE, INC.

By _____
Mark P. Ladner – ct24229
mladner@mofo.com

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000

Barry J. Waters - ct05520
bwaters@murthalaw.com
Theresa M. Parietti - ct23559
tparietti@murthalaw.com

MURTHA CULLINA LLP
Two Whitney Ave.
P.O. Box 704
New Haven, CT 06503-0704
Telephone: (203) 772-7700
Facsimile: (203) 772-7723
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant United Parcel Service's Motion to Extend Time to Answer Amended Complaint was sent via first-class, postage prepaid mail, on this 15th day of October, 2003 to: Lorenzo J. Cicchiello, Esq., Cicchiello & Cicchiello, 582 West Main Street, Norwich, CT 06360.

Mark P. Ladner - ct24229

ny-535400