UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 302CV2086 (JCH) |
| v. | : |
| | : |
| UNITED PARCEL SERVICE, INC., | : |
| | : November 4, 2003 |
| Defendant. | : |

MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to L. Civ. R. 7(b), the Defendant, United Parcel Service, Inc. ("UPS") moves for an enlargement of time modifying the scheduling order previously entered in this matter. Counsel for UPS has consulted with counsel for the Plaintiff and the Plaintiff consents to this motion to modify the scheduling order. In support hereof, UPS avers as follows:

1. The parties are working to resolve this action through settlement efforts.

2. There will be difficulty in scheduling the depositions of witnesses that plaintiff will likely seek to depose in light of the upcoming holiday season and its attendant business requirements on UPS.

3. On September 30, 2003, the Court resolved the motion of UPS filed on January 3, 2003, to dismiss counts one, three and four of the complaint. Although the Court's Order of September 30, 2003, narrows the issues to be addressed in this action, many issues remain that will require additional discovery to be taken.

4. The parties are in agreement for a sixty day extension of time as follows:

ORAL ARGUMENT NOT REQUESTED

    (a)    Discovery deadline to be: **February 1, 2004**

    (b)    Deadline for Dispositive Motions to be: **March 15, 2004**

    (c)    Joint Trial Memorandum to be due June 1, 2004, as scheduled, or, if dispositive motions are filed, 60 days from the notice of the court's decision on the dispositive motions.

5.    This is UPS's first motion to modify the scheduling order, and the third such motion overall.

WHEREFORE, UPS respectfully requests that the Court modify the scheduling order as outlined herein.

DEFENDANT - UNITED PARCEL SERVICE, INC.

By _____
Mark P. Ladner – ct24229
mladner@mofo.com

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000

Barry J. Waters - ct05520
bwaters@murthalaw.com
Theresa M. Parietti - ct23559
tparietti@murthalaw.com

MURTHA CULLINA LLP
Two Whitney Ave.
P.O. Box 704
New Haven, CT 06503-0704
Telephone: (203) 772-7700
Facsimile: (203) 772-7723
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant United Parcel Service's Motion for Modification of Scheduling Order was sent via first-class, postage prepaid mail, on this 4th day of November, 2003 to: Lorenzo J. Cicchiello, Esq., Cicchiello & Cicchiello, 582 West Main Street, Norwich, CT 06360.

                                                Mark P. Ladner - ct24229