FILED

2003 NOV -5 P 2: 44

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUDRIN DESARDOUIN,          :
    Plaintiff,          :    CIVIL ACTION NO.
                           :    302CV2086 (JCH)
    v.          :
                           :
UNITED PARCEL SERVICE, INC.,          :
                           :    November 4, 2003
    Defendant.          :

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to L. Civ. R. 7(b), the Defendant, United Parcel Service, Inc. ("UPS") moves for an enlargement of time modifying the scheduling order previously entered in this matter. Counsel for UPS has consulted with counsel for the Plaintiff and the Plaintiff consents to this motion to modify the scheduling order. In support hereof, UPS avers as follows:

1. The parties are working to resolve this action through settlement efforts.

2. There will be difficulty in scheduling the depositions of witnesses that plaintiff will likely seek to depose in light of the upcoming holiday season and its attendant business requirements on UPS.

3. On September 30, 2003, the Court resolved the motion of UPS filed on January 3, 2003, to dismiss counts one, three and four of the complaint. Although the Court's Order of September 30, 2003, narrows the issues to be addressed in this action, many issues remain that will require additional discovery to be taken.

4. The parties are in agreement for a sixty day extension of time as follows:

ORAL ARGUMENT NOT REQUESTED

---

*Handwritten annotations in margins:*

- "02 cv 2086 motion"
- "30"
- "02CV2086 End"
- "No further extensions will be given."
- "2/1/04"
- "3/15/04"
- Motion Granted.
- Discovery cutoff date 2/1/04
- Dispositive Motions due by 3/15/04
- SO ORDERED 11/12/03
- Janet C. Hall, U.S.D.J.
- FILED 2003 NOV 13 A 9:19 US DISTRICT COURT BRIDGEPORT