UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUDRIN DESARDOUIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:02-cv-2086 (JCH) |
| v. | : | |
| | : | |
| UNITED PARCEL SERVICE, INC., | : | NOVEMBER 12, 2003 |
| | : | |
| Defendant. | : | |

MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(2), the undersigned moves that Mark David

McPherson, an attorney associated with the law firm of Morrison & Foerster LLP, 1290

Avenue of the Americas, New York, NY 10104-0050, be permitted to represent the

Defendant United Parcel Service, Inc. in the above-entitled case.

This Motion is supported by the following facts:

Mr. McPherson is a member in good standing of the bar of the State of New York.

He is also admitted to practice in the U.S. District Courts for the Southern District of New

York, and for the District of Minnesota.

Mr. McPherson has not been denied admission or disciplined by the United States

District Court for the District of Connecticut or by any other court.

The undersigned counsel, Theresa M. Parietti, of Murtha Cullina LLP, 2 Whitney

Avenue, P.O. Box 704, New Haven, Connecticut  06503-0704, and/or other attorneys of

Murtha Cullina LLP who may appear herein, shall serve as local counsel for the Defendant

recited above, upon whom service of all papers may be made in accordance with Local

Rule 2(c).

The payment of $25.00 to the Clerk of this Court and the supporting affidavit of

Mark David McPherson accompany this motion.  No previous motions have been filed with

respect to the admission of Mr. McPherson *pro hac vice* in this action.

DEFENDANT - UNITED PARCEL SERVICE,
INC.


By _____
    Barry J. Waters - #ct05520
    Theresa M. Parietti – #ct23559

Murtha Cullina LLP
Two Whitney Ave.
New Haven, CT 06503-0704
Telephone:  (203) 772-7700
Its Attorneys
Email:  bwaters@murthalaw.com
            tparietti@murthalaw.com


Of Counsel:

Mark P. Ladner, Esq.
Mark David McPherson, Esq.
Morrison &Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion for Admission *Pro Hac Vice* was mailed first-class, postage prepaid, on this 12th day of November, 2003 to:  Lorenzo J. Cicchiello, Esq., Cicchiello & Cicchiello, 582 West Main Street, Norwich, CT 06360.


_____
Theresa M. Parietti