FILED

2003 NOV 14 P 12:39

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:02-cv-2086 (JCH) |
| v. | : |
| UNITED PARCEL SERVICE, INC., | : |
| Defendant. | : |

<u>AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*</u>

I, Mark David McPherson, being duly sworn, depose and say:

1.   I am over eighteen years of age and believe in the obligations of an oath.

2.   My office address is Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104-0050. My telephone number is 212.468.8263. My facsimile number is 212.468.7900. And my email address is mmcpherson@mofo.com.

3.   I am associated with the law firm of Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104-0050, and a member in good standing of the bar of the State of New York. I am also admitted to practice in the U.S. District Courts for the Southern District of New York and the District of Minnesota.

4.   I have not been denied admission or disciplined by the United States District Court for the District of Connecticut or by any other Court.

ny-540671

5.   I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Mark David McPherson

State of New York   )
                   ) ss:
County of New York )

Subscribed and sworn to before me this 11th day of November, 2003.

_____
Notary Public
My Commission Expires:

SUSAN ELVENAES
Notary Public, State of New York
No. 01EL4967287
Certificate Filed in Westchester County
Commission Expires May 29, 20__

ny-540671