FILED
2003 NOV 14 P 12: 39
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUDRIN DESARDOUIN,

Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,

Defendant.

CIVIL ACTION NO.
3:02-cv-2086 (JCH)

NOVEMBER 12, 2003

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(2), the undersigned moves that Mark David McPherson, an attorney associated with the law firm of Morrison & Foerster LLP, 1290 Avenue of the Americas, New York, NY 10104-0050, be permitted to represent the Defendant United Parcel Service, Inc. in the above-entitled case.

This Motion is supported by the following facts:

Mr. McPherson is a member in good standing of the bar of the State of New York. He is also admitted to practice in the U.S. District Courts for the Southern District of New York, and for the District of Minnesota.

Mr. McPherson has not been denied admission or disciplined by the United States District Court for the District of Connecticut or by any other court.

The undersigned counsel, Theresa M. Parietti, of Murtha Cullina LLP, 2 Whitney Avenue, P.O. Box 704, New Haven, Connecticut 06503-0704, and/or other attorneys of Murtha Cullina LLP who may appear herein, shall serve as local counsel for the Defendant

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court
By _____ Deputy Clerk