UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-2086 (JCH) |
| : | |
| UNITED PARCEL SERVICE, INC. : | |
| Defendant : | NOVEMBER 24, 2003 |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A ruling on the following motions which are currently pending (orefm.):

√ A settlement conference (orefmisc./cnf)

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 24th day of November, 2003.

Janet C. Hall
United States District Judge