

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Holly B. Fitzsimmons, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 266

February 12, 2004

10:00 a.m.

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.

CASE NO. **3:02cv2086 JCH**   **Desardouin v. UPS**

Lorenzo J. Cicchiello
Cicchiello & Cicchiello
582 West Main St.
Norwich, CT 06360


Mark P. Ladner
Morrison & Foerster
1290 Avenue Of The Americas
New York, NY 10104-0050


Theresa M. Parietti
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Ave, PO Box 704-A
New Haven, CT 06503-0704

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK