FILED

2004 MAR 15 A 10: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 302CV2086 (JCH) |
| UNITED PARCEL SERVICE, INC., | : |
| Defendant. | : FEBRUARY 16, 2004 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above captioned matter should be dismissed, with prejudice, and without costs or attorneys' fees to any party.

RESPECTFULLY SUBMITTED

_____
Lorenzo J. Cicchiello
Attorney for Plaintiff, Audrin Desardouin
Fed. Bar# ct09277
Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860.886.9300

_____
Mark P. Ladner
Attorney for Defendant, United Parcel Service, Inc.
Fed. Bar # ct24229
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104
212.468.8000