UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AUDRIN DESARDOUIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 302CV2086 (JCH) |
| v. | : | |
| | : | |
| UNITED PARCEL SERVICE, INC., | : | |
| | : | |
| Defendant. | : | MARCH 12, 2004 |

NOTICE OF MANUAL FILING

Please take notice that the plaintiff, Audrin Desardouin, and the defendant, United Parcel Service, Inc., have manually filed the following document:

Stipulation of Dismissal

This document has not been filed electronically because the document cannot be converted to an electronic format.

The document has been manually served on all parties.

        DEFENDANT - UNITED PARCEL SERVICE, INC.

        By _____
            Barry J. Waters - ct05520
            bwaters@murthalaw.com

            Theresa M. Parietti - ct23559
            tparietti@murthalaw.com

        Murtha Cullina LLP
        Two Whitney Ave.
        New Haven, CT 06503-0704
        Telephone: (203) 772-7700
        Its Attorneys

Of Counsel:

Mark P. Ladner, Esq.
Mark D. McPherson, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing has been sent via first class-mail, postage prepaid on this 12th day of March, 2004 to: Lorenzo J. Cicchiello, Esq., Cicchiello & Cicchiello, 582 West Main Street, Norwich, CT 06360.

_____
Theresa M. Parietti - ct23559