**FILED**
2004 MAR 20 A 8:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**FILED**
2004 MAR 15 A 10:37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AUDRIN DESARDOUIN, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : 302CV2086 (JCH) |
| UNITED PARCEL SERVICE, INC., | : |
| Defendant. | : FEBRUARY 16, 2004 |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above captioned matter should be dismissed, with prejudice, and without costs or attorneys' fees to any party.

RESPECTFULLY SUBMITTED

Lorenzo J. Cicchiello
Attorney for Plaintiff, Audrin Desardouin
Fed. Bar# ct09277
Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860.886.9300

Mark P. Ladner
Attorney for Defendant, United Parcel Service, Inc.
Fed. Bar # ct24229
Morrison & Foerster
1290 Avenue of the Americas
New York, NY 10104
212.468.8000

LAW OFFICES OF
CICCHIELLO & CICCHIELLO LLC
582 WEST MAIN STREET · NORWICH, CONNECTICUT 06360 · (860) 886-9300